**2001–1786.   Lemm v. The Hartford.**
Franklin App. No. 01AP–251. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Franklin County. On February 6, 2002, this court consolidated this cause with Supreme Court case Nos. 2001–1955 and 2001–1977 for purposes of oral argument. Upon consideration of appellants/cross-appellees' motion to extend time for oral argument scheduled for October 15, 2002,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted to the extent that oral argument is extended to a combined total of 20 minutes per side.